IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STEPHEN AND JULIE COOPER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 6:16-CV-00374-RWS-KNM |
| METROPOLITAN LLOYDS | § | |
| INSURANCE COMPANY OF TEXAS AND | § | |
| WENDEL SCOTT WOMACK | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Stephen Cooper and Julie Cooper, and Defendants Metropolitan Lloyds Insurance Company of Texas and Wendel Scott Womack, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Stephen Cooper and Julie Cooper. Defendants are Metropolitan Lloyds Insurance Company of Texas and Wendel Scott Womack.

2. Plaintiffs filed suit against Defendants arising out of a homeowners' insurance claim arising from storm damage that occurred on or about May 10, 2015.

4. Plaintiffs and Defendants have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendants. Plaintiffs and Defendants agree to this dismissal with prejudice.

5. This case is not a class action.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendants Metropolitan Lloyds Insurance Company of Texas and Wendel Scott Womack.

Respectfully submitted,

*/s/ - Donivan Flowers*
Donivan Flowers
The Amaro Law Firm
2500 E. TC Jester Blvd., Suite 525
Houston, TX 77008
713-864-1941
713-864-1942 – fax
donivan@flowers-law.com
SBN 24045882

ATTORNEY FOR PLAINTIFFS

*AND*

*/s/ - Dennis D. Conder*
Dennis D. Conder
Stacy & Conder, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400

ATTORNEY FOR DEFENDANTS

PAN/PLDG/577107.1/001466.16903